IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, in its own capacity and in its capacity as successor to Union Pacific Railroad Company;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 8:14CV237<br><br>**ORDER** |

This matter is before the Court on the parties' joint status report, Filing No. 92. The parties advise they need additional time to effect notice and urge the Court to leave in place the January 4, 2019 Order (Filing No. 87), requiring the parties to file joint status reports with the Court every 60 days. Accordingly,

IT IS ORDERED that the Court's January 4, 2019 Order (Filing No. 87) remains in effect and the parties shall continue to file joint status reports with the Court every 60 days.

Dated this 6th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge